432 A.2d 249

Kirson, Appellants v. Elk Mtn. Ski Ctr. Inc.

Argued

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

658

June 9, 1980. Allan M. Dabrow, for appellants; Paul A. Barrett, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.